UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Charles K. Barbu | : No. 13-13895-JKF |

**PRAECIPE TO WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Response to Motion for Relief From Automatic Stay filed on February 1, 2017.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated: 2/3/17