# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Charles K. Barbu | | |
| Debtor | | CHAPTER 13 |
| Ditech Financial LLC | | |
| Movant | | |
| vs. | | NO. 13-13895-JKF |
| Charles K. Barbu | | |
| Debtor | | |
| William C. Miller | | |
| Trustee | | 11 U.S.C. Sections 362 |

## ORDER

AND NOW, this 15th day of February, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the Automatic Stay as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4249 Decatur Street, Philadelphia, PA 19136 ("Property"), as to Movant, its successors or assignees.

_____
United States Bankruptcy Judge.

Charles K. Barbu
4249 Decatur Street
Philadelphia, PA 19136

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532