United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles K Barbu  
      Debtor

Case No. 13-13895-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi      Page 1 of 1      Date Rcvd: Feb 16, 2017  
                     Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2017.  
db         +Charles K Barbu,   4249 Decatur Street,   Philadelphia, PA 19136-3131

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2017 at the address(es) listed below:

      ANN E. SWARTZ   on behalf of Creditor   Residential Credit Solutions, Inc. ecfmail@mwc-law.com, ecfmail@mwc-law.com  
      ANN E. SWARTZ   on behalf of Creditor   Ditech Financial LLC ecfmail@mwc-law.com, ecfmail@mwc-law.com  
      BRIAN CRAIG NICHOLAS   on behalf of Creditor   Ditech Financial LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      DAVID M. OFFEN   on behalf of Debtor Charles K Barbu dmo160west@gmail.com, davidoffenecf@gmail.com  
      JEROME B. BLANK   on behalf of Creditor   Ocwen Loan Servicing, LLC paeb@fedphe.com  
      JEROME B. BLANK   on behalf of Creditor   Ocwen Loan Servicing, LLC, As Servicer For The Mortgagee Of Record paeb@fedphe.com  
      LEEANE O. HUGGINS   on behalf of Creditor   Ocwen Loan Servicing, LLC pabk@logs.com  
      SHERRI J. BRAUNSTEIN   on behalf of Creditor   Ocwen Loan Servicing, LLC sbraunstein@udren.com, vbarber@udren.com  
      THOMAS I. PULEO   on behalf of Creditor   Ditech Financial LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM C. MILLER   ecfemails@ph13trustee.com, philaecf@gmail.com  
      WILLIAM C. MILLER   on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com, philaecf@gmail.com  
      TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Charles K. Barbu | | CHAPTER 13 |
| | Debtor | |
| Ditech Financial LLC | | |
| | Movant | |
| vs. | | NO. 13-13895-JKF |
| Charles K. Barbu | | |
| | Debtor | |
| William C. Miller | | |
| | Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this 15th day of February , 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the Automatic Stay as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 4249 Decatur Street , Philadelphia, PA 19136 ("Property), as to Movant, its successors or assignees.

_/s/ Jean K. FitzSimon_
United States Bankruptcy Judge.

Charles K. Barbu
4249 Decatur Street
Philadelphia, PA 19136

David M. Offen Esq.
601 Walnut Street (VIA ECF)
Suite 160 West
Philadelphia, PA 19106

William C. Miller
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532