United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 13-13895-jkf
Charles K Barbu                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2              Date Rcvd: Apr 17, 2017
                             Form ID: 138NEW           Total Noticed: 34

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2017.
```
db             +Charles K Barbu,   4249 Decatur Street,   Philadelphia, PA 19136-3131
cr             +Ditech Financial LLC,   14841 Dallas Parkway, Suite 300,   Dallas, TX 75254-7883
13039264      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
                (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
13039266       +Central Pinl Control,   Po Box 66051,   Anaheim, CA 92816-6051
13069722       +DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Dell Financial Services, LLC,   Resurgent Capital Services,
                PO Box 10390,   Greenville, SC 29603-0390)
13737099       +Ditech Fin. LLC,   c/o Ann E. Swartz, Esq.,   123 S. Broad St., Ste. 1400,
                Phila., PA 19109-1060
13848033       +Ditech Financial LLC,   c/o Brian C. Nicholas, Esq.,   KML Law Group PC,
                701 Market St., Ste. 5000,   Phila., PA 19106-1541
13086811        ECMC,   P. O.Box 16408,   St. Paul, MN 55116-0408
13069339       +FIA CARD SERVICES, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13039269       +Gmac Mortgage,   Po Box 4622,   Waterloo, IA 50704-4622
13039270       +Midnight Velvet,   1112 7th Ave,   Monroe, WI 53566-1364
13084330       +Midnight Velvet,   c/o Creditors Bankruptcy Service,   P.O. Box 740933,   Dallas, TX 75374-0933
13039271        Nazareth Hospital,   Payment Processing Center - PMD,   PO Box 219714,
                Kansas City, MO 64121-9714
13360721        Ocwen Loan Servicing, LLC,   c/o SHERRI J. BRAUNSTEIN,   Udren Law Offices, P.C.,
                111 Woodcrest Road Suite 200,   Cherry Hill, NJ 08003-3620
13133429       +Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Dept.,   1100 Virginia Drive, Suite 175,
                Fort Washington, PA 19034-3204
13133867       +Ocwen Loan Srving LLC,   c/o Jerome Blank, Esq.,   Phelan Hallinan LLP,
                1617 JFK Blvd., Ste. 1400,   One Penn Ctr. Plaza,   Phila., PA 19103-1823
13039268       +Office of UC Benefits Policy,   Unemployment Compensation Division,
                Labor & Industry Bldg.,   10th fl.,   651 Boas St.,   Harrisburg, PA 17121-0725
13103313       +Office of UC Benefits Policy,   Office of Chief Counsel,   Unemployment Compensation Division,
                Labor and Industry Building, 10th Floor,   651 Boas Street,   Harrisburg, PA 17121-0725
13039273       +Philadelphia Fed Cr Un,   12800 Townsend Rd,   Philadelphia, PA 19154-1095
13072928       +Philadelphia Gas Works,   800 W Montgomery Ave,   Phila PA 19122-2898,
                Attn: Bankruptcy Dept 3F
13645113        Residential Credit Solutions, Inc.,   P.O. Box 163229,   Fort Worth, TX 76161-3229
13077566       +Sallie Mae Inc. on behalf of  PHEAA,   P.O. Box 8147,   Harrisburg, PA 17105-8147
13077565       +Sallie Mae Inc. on behalf of GLHEC,   2401 International Lane,   Madison, WI 53704-3121
13039277        St. Christopher's Pediatric Associates,   PO Box 828699,   Philadelphia, PA 19182-8699
13039278        U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:31   City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2017 01:20:58
                Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2017 01:21:19   U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13093786        E-mail/Text: EBNProcessing@afni.com Apr 18 2017 01:21:07   Afni, Inc,   PO Box 3667,
                Bloomington, IL 61702-3667
13039263        E-mail/Text: EBNProcessing@afni.com Apr 18 2017 01:21:07   Afni-Bloom,
                404 Brock Dr  Po Box 3097,   Bloomington, IL 61701-2654
13082045        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 18 2017 01:16:42
                Ashley Funding Services, LLC its successors and,   assigns as assignee of Syndicated,
                Office Systems, Inc.,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
13124081        E-mail/Text: bankruptcy@phila.gov Apr 18 2017 01:21:31
                City of Philadelphia, Law Department - Tax Unit,   Bankruptcy Group, MSB,
                1401 John F. Kennedy Blvd., 5th Floor,   Philadelphia, PA 19102-1617
13039272        E-mail/Text: bankruptcydepartment@tsico.com Apr 18 2017 01:21:38   Nco Fin/09,
                507 Prudential Rd,   Horsham, PA 19044-2308
13039274        E-mail/PDF: pa_dc_claims@navient.com Apr 18 2017 01:16:52   Sallie Mae,   Po Box 9500,
                Wilkes Barre, PA 18773-9500
                                                                              TOTAL: 9
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +DITECH Financial LLC,   14841 Dallas Parkway Suite 300,   Dallas, Tx 75254-7883
cr*             ECMC,   PO Box 16408,   St. Paul, MN  55116-0408
13039267*      +Central Pinl Control,   Po Box 66051,   Anaheim, CA 92816-6051
13039285*     ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
13039275*      +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
13039276*      +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
13039279*       U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
13039280*       U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
```

```
District/off: 0313-2          User: Randi              Page 2 of 2              Date Rcvd: Apr 17, 2017
                             Form ID: 138NEW           Total Noticed: 34

              ***** BYPASSED RECIPIENTS (continued) *****
13039281*        U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
13039282*        U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
13039283*        U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
13039284*        U S Dept Of Ed/Gsl/Atl,   Po Box 4222,   Iowa City, IA 52244
13039265      ##+Bureau Of Collection R,   7575 Corporate Way,   Eden Prairie, MN 55344-2022
                                                                         TOTALS: 0, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2017                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2017 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
            ecfmail@mwc-law.com
          ANN E. SWARTZ    on behalf of Creditor    Residential Credit Solutions, Inc. ecfmail@mwc-law.com,
            ecfmail@mwc-law.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    Ditech Financial LLC bnicholas@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          DAVID M. OFFEN    on behalf of Debtor Charles K Barbu dmo160west@gmail.com,
            davidoffenecf@gmail.com
          JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Ocwen Loan Servicing, LLC, As Servicer For The
            Mortgagee Of Record paeb@fedphe.com
          LEEANE O. HUGGINS    on behalf of Creditor    Ocwen Loan Servicing, LLC pabk@logs.com
          SHERRI J. BRAUNSTEIN    on behalf of Creditor    Ocwen Loan Servicing, LLC sbraunstein@udren.com,
            vbarber@udren.com
          THOMAS I. PULEO    on behalf of Creditor    Ditech Financial LLC tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
            philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                         TOTAL: 12

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Charles K Barbu

        Debtor(s)

Bankruptcy No: 13−13895−jkf

Chapter: 13

---

***NOTICE***

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

        For The Court

        Timothy B. McGrath
        Clerk of Court

Dated: 4/17/17